UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-2324 CAS (FFMx) | Date | October 28, 2010 |
|---|---|---|---|
| Title | *COACH SERVICES, INC. V. MIN JUNG LEE ET AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 17, 2010** why this action should not be dismissed for lack of prosecution **as to defendant AZ WORLD, INC., only.**

**IT IS ALSO ORDERED** that **THIRD-PARTY PLAINTIFF** show cause in writing not later than **November 17, 2010** why this action should not be dismissed for lack of prosecution **as to third-party defendant AZ WORLD, INC.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff and Third-Party Plaintiff are advised that the Court will consider the following:
1) Plaintiff's filing of a application for the clerk to enter default judgment on **defendant AZ WORLD, INC.**, or plaintiff's filing of a motion for entry of default judgment on **defendant AZ WORLD, INC.; and**
2) Third-Party plaintiff's filing a proof of service of summons on third-party complaint and third-party complaint on **third-party defendant AZ WORLD, INC.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | | CMJ |